RECEIVED
SEP 24 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

CHERRIS NICHOLS, et al.              CIVIL ACTION NO. 10-00139

VERSUS

BARRY TILLMAN, JR.,                  JUDGE JAMES T. TRIMBLE, JR.
                                     MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that, this case be transferred to the docket of the United States District Court for the Southern District of Mississippi, Western Division, for further proceedings.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 24th day of September, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE